UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STACEY SHARPE, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>AGILYSYS, INC., a foreign corporation<br><br>    Defendants. | Case No: 2:15-cv-01135-RFB-NJK<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action and all claims asserted in the Complaint with prejudice, each Party to bear their own costs and attorneys' fees.

Dated: 12/10/15

By: _s/Ruth L. Cohen_

Ruth L. Cohen, Esq.
Paul. S. Padda, Esq.
COHEN & PADDA, PLLC
4240 W. Flamingo Rd., Ste. 220
Las Vegas, NV 89103

Attorneys for Plaintiff

By:  s/ Raymond W. Martin

Raymond W. Martin (#8055)
Michele On-ja Choe (#43656)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: martin@wtotrial.com
       choe@wtotrial.com

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 15th day of December, 2015.